**Gill & Associates**
*Process Serving Division*
1500 Walnut Street, Suite 1050
Philadelphia, PA 19102
215-790-0800
Fax: 215-790-1576

| | | |
|---|---|---|
| **Crystal Whitfield** | **COURT** | United States District Court For The Eastern District of PA |
| vs | | |
| **Tracey Duckery, et al.** | **CASE NUMBER** | **2:18-cv-01216-TJS** |

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

Gill & Associates File# 18-05112

Timothy Maduzia, being duly sworn according to law, deposes and says that he is the process server herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On May 31, 2018, we received the **Civil Action Complaint** for service upon:

**Emilio Pacheco-Reyes** at **1618 East Comly St. in Philadelphia, PA 19124**

Service was **EFFECTUATED** on **June 1, 2018** at **3:58 p.m.**, in the method described below:

**Hand delivering the Civil Action Complaint to an African American female, approximately 35 years of age, 5'4" in height, 140 pounds at the residence. This individual refused to provide her name, but indicated that the defendant does live at this address**

Process Server _Timothy B. Maduzia_

Sworn to and subscribed before me this 1st day of June 2018

Notary Public

**ATTEMPTS:**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joseph F. Gill, Notary Public
City of Philadelphia, Philadelphia County
My commission expires March 23, 2019

Law Firm: **Schafkopf Law, LLC**
Attorney Name: **Gary Schafkopf, Esq.**
Address: **11 Bala Avneue, Bala Cynwyd, PA 19004**
Telephone Number: **(610) 664-5200**
Attorney ID# **83362**

ORIGINAL